UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SHAIA HOSSEINZADEH,                          :
                                             :
            Plaintiff,           :        **ECF CASE**
                                             :
    v.                                     :
                                             :        08 Civ. 176 (DAB)
MICHAEL MUKASEY, et al.                      :
                                             :
            Defendants.          :        <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------- x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         January 18, 2008

                                                      Respectfully submitted,

                                                      MICHAEL J. GARCIA
                                                      United States Attorney for the
                                                      Southern District of New York

                                     By:    /s/_____
                                                      KIRTI VAIDYA REDDY
                                                      Assistant United States Attorney
                                                      86 Chambers Street, 3rd Floor
                                                      New York, New York 10007
                                                      Telephone: (212) 637-2751
                                                      Facsimile: (212) 637-2786
                                                      Email: kirti.reddy@usdoj.gov

To:    Thomas E. Moseley, Esq.
        One Gateway Center, Suite 2600
        Newark, NJ 07102