

**MEMO ENDORSED**

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

86 Chambers Street
New York, New York 10007

March 10, 2008

VIA FACSIMILE
Hon. Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

          Re:    Hosseinzadeh v. Mukasey,
                 08 Civ. 176 (DAB)

Dear Judge Batts:

      I write respectfully to request a sixty-day extension of time, from March 10 to May 9, to respond to the complaint in the above-referenced civil action. This is the Government's first request for an extension.

      This is a mandamus action in which the plaintiff seeks an order compelling Citizenship and Immigration Services ("CIS") to adjudicate his application for adjustment of status. Since the filing of this complaint, this Office has contacted CIS several times to obtain information regarding the status of plaintiff's application for adjustment of status, and CIS is in the process of obtaining that information. Accordingly, we respectfully request a sixty-day extension of time to file an answer or a stipulation in this case. Plaintiff's counsel consents to this request.

      I thank the Court for its consideration of this request.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS   3/11/2008
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

Respectfully,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: *Kirti Vaidya Reddy*
KIRTI VAIDYA REDDY
Assistant United States Attorney
(212) 637-2751

cc:    Thomas Moseley, Esq. (via facsimile)

Granted
/s/ DAB
3/11/2008