

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHALA HOSSEINZADEH,

          Plaintiff,

-against-

MICHAEL MUKASEY, Attorney General;
MICHAEL CHERTOFF, Secretary, Department of
Homeland Security; EMILIO GONZALEZ, Director,
United States Citizenship & Immigration Services;
PAUL NOVAK, Director, Vermont Service Center;
ROBERT MUELLER, Director, Federal Bureau of
Investigation; GENERAL MICHAEL HAYDEN,
Director, Central Intelligence Agency; DEPARTMENT
OF HOMELAND SECURITY; UNITED STATES
CITIZENSHIP & IMMIGRATION SERVICES;
FEDERAL BUREAU OF INVESTIGATION;
CENTRAL INTELLIGENCE AGENCY,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND ORDER

08 CIV 00176 (DAB)

A# 97 143 939

IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
      March 25, 2008

By: _____
THOMAS E. MOSELEY
Attorney for Plaintiff
One Gateway Center- Suite 2600
Newark, NJ 07102
Telephone No.: (973) 622-8176

Page 1 of 2

Dated: New York, New York
       March 25, 2008

> MICHAEL J. GARCIA
> United States Attorney for the
> Southern District of New York
> Attorney for Defendants
>
> By: _/s/ Kirti Vaidya Reddy_
> KIRTI VAIDYA REDDY
> Assistant United States Attorney
> 86 Chambers Street, 3rd Floor
> New York, NY 10007
> Telephone No.: (212) 637-2751

SO ORDERED:

_Deborah A. Batts_
USDJ 3/24/08